# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>      v.<br><br>FILIPO RHODE,<br><br>              Defendant. | Case No. 3:22-cr-00020-SLG-MMS |

## ORDER RE FINAL REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE UPON A PLEA OF GUILTY

A plea agreement was filed in this case at Docket 24. Pursuant to Rule 11 of the Federal Rules of Criminal Procedure, this matter was referred to the Honorable Magistrate Judge Matthew M. Scoble by the District Court, with the written and oral consents of Defendant, counsel for Defendant, and counsel for the United States. A proposed change of plea hearing was held before the magistrate judge at which Defendant entered a guilty plea to Count 1 of the Indictment, Felon in Possession of a Firearm, which is a violation of 18 U.S.C. §§ 922, 924.

Judge Scoble issued a Final Report and Recommendation at Docket 26, in which he recommended that the District Court accept Defendant's plea of guilty to Count 1 of the Indictment. No objections to the Final Report and Recommendation have been filed.

The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1). The

Court has reviewed the Final Report and Recommendation and adopts it. Accordingly, IT IS ORDERED that the Court ACCEPTS Defendant's plea of guilty to Count 1 of the Indictment—Felon in Possession of a Firearm—and Defendant is adjudged GUILTY of Count 1. An Imposition of Sentence hearing has been scheduled for October 13, 2022, at 10:00 a.m. in Anchorage Courtroom 2.

DATED this 18th day of July, 2022, at Anchorage, Alaska.

/s/SHARON L. GLEASON
UNITED STATES DISTRICT JUDGE

Case No. 3:22-cr-00020-SLG-MMS, *United States v. Rhode*
Order Re Final Report and Recommendation of the Magistrate Judge Upon a Plea of Guilty
Page 2 of 2
Case 3:22-cr-00020-SLG-MMS   Document 30   Filed 07/18/22   Page 2 of 2